United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 11-11251-amc
Steven G. Bell                                                        Chapter 13
Malissa A. Bell
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Denine                  Page 1 of 3            Date Rcvd: Oct 18, 2016
                                Form ID: 138NEW               Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2016.
```
db          #Steven G. Bell,    3755 Genesee Drive,    Philadelphia, PA  19154-3018
jdb         #Malissa A. Bell,    3755 Genesee Drive,    Philadelphia, PA  19154-3018
cr          +Midland Credit Management, Inc.,     2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
cr          +Police and Fire Federal Credit Union,    Police and Fire Federal Credit Union,
              901 Arch Street - 5th Floor,    Philadelphia, PA 19107-2495
12298825    +ABINGTON MEMORIAL HOSPITAL,    STE 400,    2500 MARYLAND ROAD,    WILLOW GROVE PA 19090-1225
12298826     ACC,    PO Box 264,    Taylor, PA 18517-0264
12298827     ALLIED INTERSTATE,    PO BOX 1962,    SOUTHGATE, MI 48195-0962
12298829    +AMH MENTAL HEALTH,    PO BOX 786496,    PHILA. PA 19178-6496
12298830    +ARROW FINANCIAL SERVICES,     C/O BLATT, HASEMILLER ET AL,    5 GREAT VALLEY PARKWAY,    SUITE 100,
              MALVERN,PA 19355-1426
12298831    +ASSOCIATED MEDICAL SPECIALTIES,    2901 SOUTH HAMPTON ROAD,    PHILA. PA 19154-1208
12452487    +Abington Memorial Hospital,    c/o Abington Health Physicians,    PO Box 786496,
              Philadelphia, PA 19178-6496
12298833     ENDODONITICS LIMITED,    2137 WELSH ROAD,    SUITE 3A,    PHILA. PA. 19115-4963
12298834     EOS CCA,    PO BOX 556,    NORWELL, MA 02061-0556
12475171    ++GALWAY FINANCIAL SERVICES LLC,    1290 W SPRING ST SE,    SUITE 270,    SMYRAN GA 30080-3690
             (address filed with court: Galway Financial Services,     3870 Peachtree Industrial Blvd.,
              Suite 150-316,    Duluth, GA 30096)
12298837     GRIMLEY FINANCIAL,    30 WASHINGTON AVE,    SUITE C-6,    HADDONFIELD, NJ 08033-3341
12298838     HOLY REDEEMER HEALTH SYSTEM,    PO BOX 8500-2900,    PHILA. PA. 19178-0001
12298839    +INTERNATIONAL DEBT RECOVERY,    4200 REGENT STREET,    SUITE 200,    COLUMBUS, OH 43219-6229
12298840    +IRG,    3806 UNION ROAD,    CHEEKTOWAGA, NY 14225-4248
12298841    +IRVING W. JACOBSON DMD,    1916 WELSH ROAD,    PHILA. PA 19115-4682
12298842    +MAINLINE MEDICAL,    303 S. 69TH STREET,    UPPER DARBY, PA 19082-4213
12298843    +MANN BRACKEN,    702 KING FARM BLVD,    ROCKVILLE, MD 20850-5777
12298846    +MERCANTILE,    PO BOX 9016,    WILLIAMSVILLE, NY 14231-9016
12304626    +Midland Credit Management, Inc.,     2365 Nortside Drive, Suite 300,    San Diego, CA 92108-2709
12298848    +NCI,    PO BOX 100029,    KENNESAW, GA 30156-9229
12298851    +PECO,    PO BOX 37629,    PHILA. PA 19101-0629
12298852    +PFFCU,    901 ARCH STREET,    PHILA. PA 19107-2404
12298853     PGW,    PO BOX 11700,    NEWARK, NJ 07101-4700
12298855    +PORTFOLIO RECOVERY,    PO BOX 1259,    OAKS, PA 19456-1259
12332890    +Police and Fire Federal Credit Union,    901 Arch Street,    Phila., Pa 19107-2495
12298856    +SEARS,    3333 BEVERLY ROAD,    HOFFMAN ESTATES IL 60179-1999
12298857     SOLOMON & SOLOMON,    PO BOX 15019,    ALBANY, NY 12212-5019
12298858    +ST CHRISTOPHER'S HOSPITAL,    PO BOX 829191,    PHILA. PA 19182-0001
12298859     TENET,    PO BOX 829191,    PHILA. PA. 19182-0001
12298860    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: TOYOTA,     PO BOX 5855,    CAROL STREAMS, ILL 60197-5855)
12550705    +U.S. Bank National Association,    c/o Andrew F. Gornall, Esquire,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
12965414     United States Department of Education,    Claims Filing Unit,    P O Box 8973,
              Madison, WI  53708-8973
12492067     Verizon,    PO BOX 3037,    Bloomington, IL 61702-3037
12298861     WATER REVENUE BUERAU,    1401 JFK BLVD,    PHILA. PA. 19102-1663
12298862    +WOODHAVEN DENTAL,    1336 BRISTOL PIKE,    BENSALEM PA 19020-5660
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Oct 19 2016 02:17:55     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2016 02:17:43
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 19 2016 02:17:51     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2016 02:06:35     GE Money Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave, Suite 1120,    Miami, FL  33131-1605
cr           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 19 2016 02:16:24
              Midland Funding LLC by American InfoSource LP as a,     Attn: Department 1,    PO Box 4457,
              Houston, TX  77210-4457
cr           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 19 2016 02:17:06
              Midland Funding LLC by American InfoSource LP as a,     PO Box 4457,    Houston, TX  77210-4457
cr          +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2016 02:05:57
              Recovery Management Systems Corporation For GE Mon,     25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
12298828    +E-mail/Text: seinhorn@ars-llc.biz Oct 19 2016 02:17:58     AMERICAN CREDIT COLLEDCTIONS LLC,
              C/O ROBERT M. COHEN, ESQ.,    PO BOX 264,    TAYLOR PA 18517-0264
12337322     E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2016 02:06:21     B-Line, LLC,
              MS 550,    PO Box 91121,    Seattle, WA 98111-9221
```

```
District/off: 0313-2           User: Denine                Page 2 of 3                   Date Rcvd: Oct 18, 2016
                               Form ID: 138NEW             Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12442358       E-mail/Text: bankruptcy@phila.gov Oct 19 2016 02:17:55     City of Philadelphia,
                SchoolDistrict of Philadelphia,    Law Department - Tax Unit,   One Parkway Building,
                1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
12298835       E-mail/Text: memberarfinancialtransactions@express-scripts.com Oct 19 2016 02:17:37
                EXPRESS SCRIPTS,   PO BOX 66580,   ST. LOUIS MO 63166-6580
12639115      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2016 02:06:01
                East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
                Greenville, SC 29602-0288
12298836       E-mail/Text: data_processing@fin-rec.com Oct 19 2016 02:17:37    FINANCIAL RECOVERY,
                PO BOX 385908,   MINNEAPOLIS, MN 55438-5908
12514432       E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2016 02:06:35     GE Money Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
12337551       E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 19 2016 02:17:50    Jefferson Capital Systems LLC,
                PO BOX 7999,   SAINT CLOUD MN 56302-9617
12513399       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2016 02:06:20     LVNV Funding LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
12298844      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 19 2016 02:17:44     MCM,   PO BOX 603,
                OAKS, PA 19456-0603
12298847      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 19 2016 02:17:44     MIDLAND CREDIT MANAGEMENT,
                PO BOX 939019,   SAN DIEGO, CA 92193-9019
13027988       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 19 2016 02:16:24     Midland Funding LLC,
                by American InfoSource LP as agent,    Attn: Department 1,   PO Box 4457,
                Houston, TX  77210-4457
12960368       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 19 2016 02:16:44     Midland Funding LLC,
                by American InfoSource LP as agent,    PO Box 4457,   Houston, TX  77210-4457
12298849      +E-mail/Text: egssupportservices@egscorp.com Oct 19 2016 02:17:49     NCO,   507 PRUDENTIAL ROAD,
                HORSHAM, PA 19044-2368
12341658      +E-mail/Text: bankruptcygroup@peco-energy.com Oct 19 2016 02:17:37     PECO Energy Company,
                c/o Merrick L. Friel,   2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
12298854       E-mail/Text: blegal@phfa.org Oct 19 2016 02:17:46     PHFA,   PO BOX 15057,
                HARRISBURG, PA 17105-5057
12550762      +E-mail/Text: blegal@phfa.org Oct 19 2016 02:17:46     PHFA,   211 North Front Street,
                Harrisburg, PA 17101-1466,    Attn: ALSV/Anne
12448841       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2016 02:06:29
                Portfolio Recovery Associates, LLC,    POB 12941,   Norfolk, VA 23541
12924489       E-mail/PDF: rmscedi@recoverycorp.com Oct 19 2016 02:06:19     Portfolio Investments I LLC,
                c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
12385421       E-mail/PDF: rmscedi@recoverycorp.com Oct 19 2016 02:05:59
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
                GREENVILLE, SC 29602-0288
cr*           Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
                Houston, TX  77210-4457
12337552*    ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
                SAINT CLOUD MN 56302-9617)
12348170*    ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
                SAINT CLOUD MN 56302-9617)
12426935*    ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
                SAINT CLOUD MN 56302-9617)
12298845*    +MCM,   PO BOX 603,   OAKS PA 19456-0603
13027989*     Midland Funding LLC,   by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
                Houston, TX  77210-4457
12298850*    +NCO,   507 PRUDENTIAL ROAD,   HORSHAM, PA 19044-2368
12298832     ##+EARTHLINK,   1375 PEACHTREE STREET,   ATLANTA, GA 30309-3117
12492069     ##+Verizon Wireless,   PO BOX 3397,   Bloomington, IL 61702-3397
                                                                                         TOTALS: 0, * 8, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: Denine                Page 3 of 3              Date Rcvd: Oct 18, 2016
                              Form ID: 138NEW             Total Noticed: 66
```

          ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2016 at the address(es) listed below:

```
          ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, As Trustee for
           Pennsylvania Housing Finance Agency agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          ERIK L. COCCIA    on behalf of Creditor    Police and Fire Federal Credit Union
           ecoccia@dilworthlaw.com
          JAMES J. O'CONNELL    on behalf of Debtor Steven G. Bell jamesjoconnell@verizon.net
          JAMES J. O'CONNELL    on behalf of Joint Debtor Malissa A. Bell jamesjoconnell@verizon.net
          LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, As Trustee for
           Pennsylvania Housing Finance Agency lhaller@pkh.com,  dmaurer@pkh.com
          MITCHELL B. KLEIN    on behalf of Creditor    Police and Fire Federal Credit Union
           divellod@pffcu.org,  theisens@pffcu.org
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Steven G. Bell and Malissa A. Bell

    Debtor(s)

Bankruptcy No: 11−11251−amc

Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 10/18/16

83 − 82
Form 138_new