United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Steven G. Bell  
Malissa A. Bell  
    Debtors

Case No. 11-11251-amc  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Stacey | Page 1 of 1 | Date Rcvd: Dec 07, 2016 |
|---|---|---|---|
| | Form ID: 212 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2016.
```
db          #Steven G. Bell,    3755 Genesee Drive,    Philadelphia, PA   19154-3018
jdb         #Malissa A. Bell,   3755 Genesee Drive,    Philadelphia, PA   19154-3018
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, As Trustee for
               Pennsylvania Housing Finance Agency agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              ERIK L. COCCIA    on behalf of Creditor    Police and Fire Federal Credit Union
               ecoccia@dilworthlaw.com
              JAMES J. O'CONNELL    on behalf of Joint Debtor Malissa A. Bell jamesjoconnell@verizon.net
              JAMES J. O'CONNELL    on behalf of Debtor Steven G. Bell jamesjoconnell@verizon.net
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, As Trustee for
               Pennsylvania Housing Finance Agency lhaller@pkh.com,   dmaurer@pkh.com
              MITCHELL B. KLEIN    on behalf of Creditor    Police and Fire Federal Credit Union
               divellod@pffcu.org,   theisens@pffcu.org
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 13

    Steven G. Bell and Malissa A. Bell

Debtor(s)  Case No: 11−11251−amc

___

*ORDER*

    AND NOW, 12/7/16 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form 23) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Bankruptcy Form 283);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Ashely M. Chan

Judge ,United States Bankruptcy Court

85
Form 212