United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 11-11251-amc
Steven G. Bell                                                             Chapter 13
Malissa A. Bell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR             Page 1 of 1           Date Rcvd: Dec 13, 2016
                              Form ID: 195             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2016.
db          #Steven G. Bell,    3755 Genesee Drive,    Philadelphia, PA   19154-3018
jdb         #Malissa A. Bell,   3755 Genesee Drive,    Philadelphia, PA   19154-3018

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, As Trustee for
               Pennsylvania Housing Finance Agency agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              ERIK L. COCCIA    on behalf of Creditor    Police and Fire Federal Credit Union
               ecoccia@dilworthlaw.com
              JAMES J. O'CONNELL    on behalf of Joint Debtor Malissa A. Bell jamesjoconnell@verizon.net
              JAMES J. O'CONNELL    on behalf of Debtor Steven G. Bell jamesjoconnell@verizon.net
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, As Trustee for
               Pennsylvania Housing Finance Agency lhaller@pkh.com,   dmaurer@pkh.com
              MITCHELL B. KLEIN    on behalf of Creditor    Police and Fire Federal Credit Union
               divellod@pffcu.org,   theisens@pffcu.org
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Steven G. Bell and Malissa A. Bell                       : Case No. 11−11251−amc

    Debtor(s)

***ORDER***
_____

    AND NOW, this day , December 13, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

90
Form 195